An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD ALLEN LANCASTER,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63445

**FILED**

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original proper person petition requests that this court direct the district court clerk to file petitioner's request for submission of a motion to withdraw his guilty plea in a criminal action. We construe this filing as a petition for a writ of mandamus. *See* NRS 34.160 (explaining that a writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station).

Having considered the petition, we conclude that writ relief is not warranted. *See* NRAP 21(b)(1); *see Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (providing that it is within this court's discretion to determine if a writ petition will be considered). Petitioner's supporting documents indicate that, although his original request for submission was apparently not filed, he sent a subsequent request that was filed by the district court clerk. Moreover, to the extent that petitioner seeks an order directing the district court to resolve the motion, we are confident that the district court will do so as quickly as its docket permits.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-28004

cc: Richard Allen Lancaster
Attorney General/Carson City
Washoe District Court Clerk